UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

   - v -

ANDRE PARKER A/K/A "DOCTOR" PARKER;
PARKER ENVIRONMENTAL MANAGEMENT
GROUP, INC.,

        Defendants.

5:01-CR-418

---

| APPEARANCES | OF COUNSEL |
|---|---|
| YOUNG SOMMER WARD RITZENBERG WOOLEY BAKER & MOORE, L.L.C. *Attorneys for Defendant Parker Environmental Management Group, Inc.* Executive Woods Five Palisades Drive Albany, New York 12205 | Kevin M. Young, Esq. |
| GLENN T. SUDDABY UNITED STATES ATTORNEY Northern District of New York P.O. Box 7198 100 South Clinton Street Syracuse, New York 13261-7198 | Craig A. Benedict, Esq. Assistant U.S. Attorney |

**ORDER OF WAIVER AND/OR DISMISSAL**

Upon defendant Parker Environmental Management Group, Inc. ("PEMG"), having been sentenced by this Court on March 24, 2005, to a two year term of probation; and having been ordered to pay a special assessment in the amount of $4400.00; and the government having agreed during said sentencing to the Court's request to consent to waiver and dismissal of the sentence in the event the corporation submitted proof that it was defunct; and upon the Judgment in this case which was filed on March 31, 2005, which states that both the probation period and

the special assessment shall be waived upon proof of dissolution of the defendant corporation; and defendant PEMG having submitted proof of same to the Court; and defendant PEMG having made a request for waiver of said probation period and special assessment on the ground that it is practically and legally defunct; and there being no objection filed by the government to defendant PEMG's request for waiver and/or dismissal of the sentence of probation and payment of the special assessment in this case; it is hereby

ORDERED that sentence of probation and payment of a special assessment imposed by the Court on March 24, 2005, is waived and/or dismissed.

**IT IS SO ORDERED.**

Dated: December 30, 2005
Syracuse, New York

Norman A. Mordue
U.S. District Judge